■ Sofia Willner et al., Respondents, v Joanna Cutler, Appellant. Joanna Cutler, Plaintiff, v Leonard Kaye, Appellant and Plaintiff on Cross Claim. Sasson Jeans, Inc., Additional Defendant-Appellant.—Upon remittitur of Court of Appeals, the order of the Supreme Court, New York County (Harold Baer, Jr., J.), entered on September 23, 1985, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Sullivan, Ross and Carro, JJ.